UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07CV00266 AGF |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to pay the initial partial filing fee is **GRANTED**. Plaintiff shall have until May 16, 2007, to pay the initial filing fee.

Dated this 12th day of April, 2007.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE