UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV0266 AGF |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's motion for reconsideration of the Court's Order denying plaintiff's motion for appointment of counsel. The motions for reconsideration will be denied for the same reason as stated in the Court's Order dated May 8, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "motion for reconsideration for appointment of counsel" [#40] is **DENIED**.

Dated this 14th day of January, 2008.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE