# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV266 AGF |
| | ) | |
| LARRY CRAWFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to reconsider and amended motion to compel. The motions will be denied.

Plaintiff claims that he has not received the grievances and IRR's he requested, and he further claims that defendants did not produce the documents he requested in Nos. 8-10 of his request for production of documents.

Defendants respond that they are in the process of obtaining the grievances and IRR's plaintiff requested from the Missouri Department of Corrections. Defendants say that they will forward those documents to plaintiff as soon as they receive them. As a result, plaintiff's motion to compel is moot as to this claim.

In his request for production of documents No. 8, plaintiff requested "Any and all housing Unit Wing 1 Cell Summaries, in which Plaintiff has been assigned at the

Potosi Correctional Center from October 4, 1999, up to the present, including but not limited to, the names, register numbers and locations of each offender listed thereon."

Defendants objected to this request insofar as it asked for the names, locations and register numbers of other offenders as irrelevant. Additionally, defendants say that the disclosure of the names, locations, and register numbers of other offenders is privileged information, the disclosure of which would jeopardize the safety and security of Potosi and the Missouri Department of Corrections. The Court will sustain defendants' objections to request for documents No. 8, and the motion to compel will be denied as to this claim.

In his request for production of documents No. 9, plaintiff asks for:

Any and all Missouri Department of Corrections, Division of Adult Institutions and Potosi Correctional Center's Departmental Divisional and Standard Operating Procedure Policies, Procedures, Regulations and Guidelines, with respect to Administrative Segregation, Classification, Conduct Violation Reports, Disciplinary Hearings and Sanctions, Administrative Segregation Offenders access to Recreation, law, library, leisure, library, Canteen, Religious programs, educational and vocational programs, personal property, visiting, telephones and showers. Additionally, Plaintiff Requests Policies, Procedures, Guidelines and Regulations, with respect to Offender Housing Unit Assignments, Single Cell Assignments, Equal Protection, Discrimination, Employee's Conduct, Employees Code of Ethics, Employee Discipline, Special Needs Unit, Protective Custody Unit, IRR's, Grievances, Grievance appeals, Offender Complaints and Investigations of Offenders Complaints.

Defendants objected to this request as overbroad, not relevant, and privileged. Defendants argue that giving an offender the Standard Operating procedures of a prison would compromise safety and security. The Court will sustain defendants' objections to request for documents No. 9, and the motion to compel will be denied as to this claim.

In his request for production of documents No. 10, plaintiff requested "Photographs and Diagrams of a Cell within the Administrative Segregation Unit (similar to the cell Plaintiff has been assigned to since October of 1999), and the Recreation Yards within the Administrative Segregation Unit at the Potosi Correctional Center."

Defendants objected to the production of Photographs and Diagrams of a Cell, in that giving that information to a prisoner currently in Administrative Segregation would compromise the safety and security of the institution. The Court will sustain defendants' objections to request for documents No. 10, and the motion to compel will be denied as to this claim.

In his request for production of documents No. 11, plaintiff asks for "Any and all documents referred to in your responses to Plaintiff's First set of Interrogatories submitted herewith and/or any and all documents, which are relevant or related to your responses to said interrogatory." However, defendants never received any

interrogatories from plaintiff. Because defendants have not received any interrogatories, they have provided no responses and there are no documents related to any responses. As a result, the motions will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reconsider [#35] and amended motion to compel [#36] are **DENIED**.

Dated this 25th day of January, 2008.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE