UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00266AGF |
| ) | |
| LARRY CRAWFORD, et al, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Defendants motion for additional time to file case dispositive motions [Doc. #45] is hereby GRANTED. Defendant shall have up to and including February 4, 2008 to file any case dispositive motions. Plaintiff shall have 30 days, up to and including March 5, 2008, to file a response. Defendants shall have 10 days thereafter, up to and including March 19, 2008 to file a reply.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of January, 2008.