UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00266AGF |
| ) | |
| LARRY CRAWFORD, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants' motion for additional time to file case dispositive motions [Doc. #48] is hereby GRANTED. Defendants shall have up to and including February 12, 2008 to file any case dispositive motions. Plaintiff shall have 30 days, up to and including March 13, 2008, to file a response. Defendants shall have 10 days thereafter, up to and including March 27, 2008 to file a reply.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of February, 2008.