UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV00266 AGF |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on plaintiff's motion for extension of time and for access to a prison law clerk. The motion will be granted in part and denied in part. Plaintiff's request for access to a prison law clerk will be denied. However, the Court will grant plaintiff additional time to respond to defendants' motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time and for access to a prison law clerk [#58] is **granted** in part and **denied** in part.

**IT IS FURTHER ORDERED** that plaintiff shall respond to defendants' motion for summary judgment no later than **June 13, 2008**.

Dated this 22nd day of April, 2008.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE